# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 14-08753 SJO (SSx)  **DATE:** June 16, 2015

**TITLE:** Antonio Alamillo v. BNSF Railway Company

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                               Not Present
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**             **COUNSEL PRESENT FOR DEFENDANT:**

Not Present                                    Not Present

========================================================================
**PROCEEDINGS (in chambers): JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** [Docket No. 20]

This matter came before the Court on Defendant BNSF Railway Company's ("BNSF" or "Defendant") Motion for Summary Judgment ("Motion"), filed May 15, 2015. The Court issued an Order granting summary judgment in favor of Defendant. In view of the Court's summary judgment order, and good cause having been shown, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of Defendant BNSF Railway and against Antonio Alamillo.

IT IS SO ADJUDGED.